WOMACK *v.* HENRY.

*Wednesday,*
*June 2.*

APPEAL from the *Decatur* Court of Common Pleas.

*Per Curiam.*—This case is similar, in all respects, to that of *Womack* v. *Womack*, 9 Ind. R. 288, and for the reason there given, the judgment herein is affirmed with 10 per cent. damages and costs.

*J. Gavin* and *J. R. Coverdill*, for the appellant.